In the Matter of JOHN F. HUGHES, Appellant, against WILLIAM MULQUEEN et al., Respondents.

(Argued September 9, 1935; decided September 9, 1935.)

*Max Hendler* for appellant.

*Herman Hoffman, Walter E. Godfrey, Nathan B. Gurock* and *Cornelius J. Smyth* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.